**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Ismael PEREZ–ZARCO, Defendant—**
**Appellant.**

**No. 06–10513.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 12, 2007 *.

Filed March 19, 2007.

Ronald C. Rachow, Esq., Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Donald C. Gish, Esq., Sparks, NV, for Defendant–Appellant.

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Ismael Perez–Zarco appeals from the 70–month sentence imposed after his guilty-plea conviction for unlawful re-entry by a deported alien, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Perez–Zarco contends that the district court erred in sentencing him because it

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

failed to consider the discrepancies in sentencing between the fast-track and non-fast-track districts. Perez–Zarco's contentions are foreclosed. *See United States v. Marcial–Santiago,* 447 F.3d 715, 718–19 (9th Cir.2006).

**AFFIRMED.**

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.